B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Plastic Surgeons Associated, S.C. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Hinsdale Center for Plastic Surgery, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-3468780 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>908 N. Elm Street, Suite 104<br>Hinsdale, IL                               ZIP Code 60521 | Street Address of Joint Debtor (No. and Street, City, and State):                               ZIP Code |
| County of Residence or of the Principal Place of Business:<br>DuPage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                               ZIP Code | Mailing Address of Joint Debtor (if different from street address):                               ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box: **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Case 09-35245  Doc 1  Filed 09/23/09  Entered 09/23/09 14:56:00  Desc Main
Document      Page 2 of 11

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Plastic Surgeons Associated, S.C. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Plastic Surgeons Associated, S.C. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X */s/ Howard L. Adelman*
Signature of Attorney for Debtor(s)

Howard L. Adelman, Esq. ARDC #0015458
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050  Fax: 312-435-1059
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Ric Izquierdo*
Signature of Authorized Individual

Ric Izquierdo
Printed Name of Authorized Individual

Vice President
Title of Authorized Individual

10 Aug 2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
Northern District of Illinois

In re   Plastic Surgeons Associated, S.C.                                    Case No.
                                              Debtor(s)                      Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    65

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  10 Aug 2009

Ric Izquierdo/Vice President
Signer/Title

Allergan
12975 Collections Center Drive
Chicago, IL 60693


Apple Financial Services
5480 Corporate Drive
Suite 320
Troy, MI 48098


At Your Service
1171 Pleasant Court
Batavia, IL 60510


AT&T
P.O. Box 8100
Aurora, IL 60507


Avaya
PO Box 5125
Carol Stream, IL 60197


Bank of America, N.A.
2740 Airport Drive
Suite 300
Columbus, OH 43219


Baxter Healthcare
PO Box 70564
Chicago, IL 60673


Bioform Medical
Dept. 2073
Denver, CO 80291


Blitt and Gaines, P.C.
661 W. Glenn Avenue
Wheeling, IL 60090


Business Card
PO Box 15710
Wilmington, DE 19886


Cardinal Medical
PO Box 70539
Chicago, IL 60673

CBeyond
13474 Collections Center
Chicago, IL 60693


Christina Lopez
222 Charlestown Drive
Bolingbrook, IL 60440


City of Naperville
PO Box 4231
Carol Stream, IL 60197


Com Ed
Bill Payment Center
Chicago, IL 60668


Complete Office Supply
10401 S. Ridgeland Avenue
Chicago Ridge, IL 60415


CreditorDiscount and Audit Co.
415 E. Main Street
P.O. Box 213
Streator, IL 61364


Crowley Barrett & Karaba, Ltd.
c/o Thomas F. Karaba
20 S. Clark Street, Suite 2310
Chicago, IL 60603


Datex-Ohmeda
PO Box 641936
Pittsburgh, PA 15264


Deerbart Financial Services Co.
2590 E. Devon Avenue
Suite 207
Des Plaines, IL 60018


Fed Ex
PO Box 94515
Palatine, IL 60094

Frank Kniffen, M.D.
910 W. Van Buren Street
Unit 336
Chicago, IL 60607


Hafkey Business Solutions
672 E. Irving Park Road
Suite 125
Roselle, IL 60172


Harris Bank, N.A.
111 W. Monroe Street
Chicago, IL 60603


Hinckley Springs
PO Box 660579
Dallas, TX 75266


Hobson Medical Building
1220 Hobson Road
Mailbox #114
Naperville, IL 60540


I Flow
Dept. LA 22552
Pasadena, CA 91185


Ice Mountain
PO Box 856680
Louisville, KY 40285


Ideal Anesthesia
836 E. Rand Road
#165
Arlington Heights, IL 60004


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section-Level 7-425
Chicago, IL 60601


Info USA
364 E. Main Street
Suite 307
Middletown, DE 19709

Ingenix
PO Box 27116
Salt Lake City, UT 84127


Internal Revenue Service
Special Procedures Branch
230 S. Dearborn
Attn: STOP 5010-CHI
Chicago, IL 60604


MCI
PO Box 381838
Pittsburgh, PA 15250


Medico
PO Box 3092
Palmer, PA 18043


Medlin
16 W. 235 83rd Street
Unit C
Burr Ridge, IL 60527


Medline
Attn: Controller
One Medline Place
Mundelein, IL 60060


Medox
2200 N. Western Avenue
Chicago, IL 60647


Mid America Bank
2317 Milton Avenue
PO Box 345
Janesville, WI 53547


Office Depot
PO Box 88040
Chicago, IL 60680


Oster Communications d/b/a Naperville
Magazine, Main Street Promenade
55 South Main Street
Naperville, IL 60540

Patterson Dental
23254 Network Place
Chicago, IL 60673


PCA Advance Skin Care
8501 N. Scottsdale Road
Paradise Valley, AZ 85253


Perfect Serve
1225 E. Weisgarber Road
Suite 300
Knoxville, TN 37909


PHT
PO Box 840263
Dallas, TX 75284


PHT/CBRE
908 N. Elm Street
Hinsdale, IL 60521


Pioneer Press
3132 Paysphere Circle
Chicago, IL 60674


Pitney Bowes
PO Box 856460
Louisville, KY 40285


Priority Medical
PO Box 620000
Orlando, FL 32891


Quill
PO Box 94081
Palatine, IL 60094


Ravid & Bernstein
230 W. Monroe Street
Suite 330
Chicago, IL 60606


Ricardo Izquierdo, MD
393 Western Avenue
Clarendon Hills, IL 60514

Scribe
736 North Western Avenue
Suite 152
Lake Forest, IL 60045


Shamrock
34 Davis Drive
Bellwood, IL 60104


South Surgical Tech, LLC
357 McCaslin Boulevard
Suite 100
Louisville, CO 80027


Stericycle
PO Box 9001588
Louisville, KY 40290


Steris
Lockbox #771652
1652 Solution Center
Chicago, IL 60677


Sterling National Bank
500 Seventh Avenue
11th Floor
New York, NY 10018


Talmage J. Raine, M.D.
313 Washington Street
Hinsdale, IL 60521


Terry Ryan
545 Highland Road
Hinsdale, IL 60521


US Express Leasing
c/o Nassau Asset Management
400 Post Avenue, Suite 300
Westbury, NY 11590


Village of Hinsdale
19 E. Chicago Avenue
Hinsdale, IL 60521

West Town Refrigeration
947 Ridgeland Avenue
Oak Park, IL 60304


Yellow Book
PO Box 660052
Dallas, TX 75266


Zano
959 W. Ogden
Naperville, IL 60563